ACCEPTED
01-14-00447-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 1:36:44 PM
CHRISTOPHER PRINE
CLERK

In The
## Court of Appeals
For The
## First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/20/2015 1:36:44 PM

CHRISTOPHER A. PRINE
Clerk

NO. 01-14-00447-CV

ELBAR INVESTMENTS, INC., *Appellant*

V.

GARDEN OAKS MAINTENANCE ORGANIZATION, *Appellee*

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-67560

## UNOPPOSED MOTION
## TO EXTEND DATE TO FILE APPELLEE'S BRIEF

Garden Oaks Maintenance Organization, Appellee, respectfully moves this Court to extend the Appellee's deadline to file its brief in this case, which is now October 23, 2015. This motion is not opposed by Elbar Investments, Inc., Appellant.

Garden Oaks requests an extension of 30 days to November 23, 2015 (which includes an additional day because the thirtieth day falls on a Sunday) in which to complete and file the Appellee's brief.

Respectfully submitted,

BARSALOU & ASSOCIATES, P.L.L.C.

W. AUSTIN BARSALOU
Texas Bar No. 01835900
4635 Southwest Freeway, Suite 580
Houston, Texas 77027
(713) 652-5044; (713) 650-8745 (fax)
abarsalou@barsalou.com
ATTORNEYS FOR APPELLEE,
GARDEN OAKS MAINTENANCE
ORGANIZATION

APPROVED:

/s/ Jerel S. Twyman
Jerel S. Twyman
Texas State Bar No. 00788564
P.O. Box 272271
Houston, Texas 77277-2271
Tel: 713-664-0770
Fax: 713-664-4289
e-mail: twymanlegal@sbcglobal.net
Counsel for Elbar Investments, Inc.,
Appellant

2221.075